UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. BUHL,

       Plaintiff,                               Civil Action No. 12-cv-10087
                                                 HON. BERNARD A. FRIEDMAN
vs.                                               MAG. JUDGE R. STEVEN WHALEN

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

       This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation ("R&R") dated February 13, 2013 [docket entry 22]. Defendant has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

       The Court had an opportunity to fully review this matter and believes that the Magistrate Judge reached the correct conclusions for the proper reasons. Accordingly,

       IT IS ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated February 13, 2013, is hereby accepted and adopted.

       IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is granted.

       IT IS FURTHER ORDERED that defendant's motion for summary judgment is

denied.

IT IS FURTHER ORDERED that benefits be awarded to plaintiff.

Dated: March 8, 2013  S/ Bernard A. Friedman_____
      Detroit, Michigan  BERNARD A. FRIEDMAN
                             SENIOR UNITED STATES DISTRICT JUDGE